United States District Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| MAYRA NORELI HERNANDEZ-ALMANZA, | § § § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00590 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's Original Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Declaratory and Injunctive Relief, (Dkt. No. 1).

Petitioner previously filed a similar petition. *Hernandez Almanza v. Noem*, No. 5:25-CV-215, pet. (S.D. Tex. Nov. 12, 2025). That petition was denied for lack of jurisdiction as a result of 8 U.S.C. § 1226(e). *Hernandez Almanza*, No. 5:25-CV-215, slip op. (S.D. Tex. Jan. 12, 2026).

Accordingly, the Court **ORDERS** Petitioner to file supplemental briefing **by April 14, 2026,** addressing how this petition is materially different from the petition in 5:25-CV-215, and if it is not materially different, why the Court should not dismiss the petition.

It is so **ORDERED**.

**SIGNED** on April 7, 2026.

John A. Kazen
United States District Judge