United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MAYRA NORELI HERNANDEZ ALMANZA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-00590 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Doc. 1). Petitioner is a native and citizen of Mexico. (Doc. 1 at 1). At the time the habeas petition was filed, Petitioner was detained at the Laredo Detention Center in Laredo, Texas. (Doc. 1 at 2). Petitioner challenges his detention and seeks immediate release from custody. (Doc. 1 at 4 and 10).

On November 12, 2026, Respondents advised the Court that Petitioner has been removed from the United States and is no longer in custody. (Doc. 17).

Because Petitioner is no longer in custody, the petition is moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 13th day of November, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE